### J. H. PAXTON

### v.

### FREDERICK SCHICK ET AL.

REPLEVIN.—This case presents the same questions as the preceding case, and is reversed for the same reasons there given.

APPEAL from the City Court of Aurora; the Hon. FRANK M. ANNIS, Judge, presiding. Opinion filed May 2, 1879.

Mr. A. J. HOPKINS, for appellant.

PILLSBURY, P. J. This case is the same in all respects as the case of Mary E. Prentiss v. Thomas Moore, decided at the present term, and for the reasons therein given the order awarding a return of the property must be reversed.

                                                    Order reversed.